# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LIZZIE PUGH**, *an individual,*

    Plaintiff,

v.

**FIFTH THIRD BANCORP**, *a foreign corporation*, **FIFTH THIRD FINANCIAL CORPORATION**, *a foreign corporation*, **OLD KENT MORTGAGE SERVICES, INC.**, *a domestic corporation,*

    Defendants.

Case No: 22-cv-11433
Hon.  Robert H. Cleland
Mag.  Anthony P. Patti

---

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(A)(1)(a)(i)

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice to Defendants.

Dated:  July 8, 2022	**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com